**Janis SCHMIDT, Appellant,**

v.

**Larry BODIN, BIA Supt.; Freida Brewer Marshall, BIA; Robert Ecoffey, BIA; Bureau of Indian Affairs; Gerald Big Crow; Lisa F. Cook; Connie Whirlwind Horse; Dale Vocu; Captain Milton Bianas; Didier Dupont; Father Peter Klink; Oglala Sioux Tribe; OST Tribal Police; Red Cloud Indian School; Ann Apple, Appellees.**

No. 07–3155.

United States Court of Appeals, Eighth Circuit.

Submitted: April 4, 2008.

Filed: April 9, 2008.

Janis Schmidt, Warwick, ND, pro se.

Robert Gusinsky, U.S. Attorney's Office, Mario Gonzalez, Joseph R. Lux, Costello & Porter, Rapid City, SD, for Appellees.

Didier Dupont, Kyle, SD, pro se.

Before BYE, SMITH, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Janis Schmidt challenges the district court's [1] dismissal of her pro se action. We agree that dismissal was proper for the reasons stated by the district court.

---

1. The Honorable Andrew W. Bogue, United States District Judge for the District of South Dakota.

---

Accordingly, we deny all pending motions and affirm. *See* 8th Cir. R. 47B.